```
 1  THOMAS P. O'BRIEN                                           JS-6
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  PIO S. KIM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California State Bar No. 156679
 7       United States Attorney's Office
         U.S. Courthouse, Suite 1400
 8       312 N. Spring St.
         Los Angeles, CA 90012
 9       Telephone: (213)894-2569
         Facsimile: (213)894-7177
10       E-mail: Pio.Kim@usdoj.gov

11  Attorneys for Plaintiff
    United States of America
12
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 09-01866-SJO (RCx) |
|---|---|
| Plaintiff, | ) [PROPOSED] |
| | ) CONSENT JUDGMENT |
| v. | ) |
| $101,300.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

In this action, plaintiff United States of America (the "government") alleges that the defendant $101,300 in U.S. Currency (the "defendant currency") is subject to forfeiture pursuant to 31 U.S.C. § 5317(c)(2) and 31 U.S.C. § 5332(c) on the ground that the defendant currency was involved in one or more violations of 31 U.S.C. § 5316 (violation of reporting

1  requirements) and/or 31 U.S.C. § 5332 (bulk cash smuggling);
2  and/or is traceable to such currency.  Claimant Aaron Mejia
3  Hernandez and potential claimants Leticia Hernandez Torres and
4  Enrique Mejia Morales (collectively with claimant Aaron Mejia
5  Hernandez and potential claimants Leticia Hernandez Torres, the
6  "claimants") dispute the government's allegations.
7       The parties have agreed to settle this forfeiture action and
8  to avoid further litigation by entering into this consent
9  judgment.
10      The Court, having been duly advised of and having considered
11 the matter, and based upon the mutual consent of the parties,
12 HEREBY ORDERS, ADJUDGES, AND DECREES:
13      1.   This Court has jurisdiction over this action pursuant
14 to 28 U.S.C. §§ 1345 and 1355.
15      2.   The Complaint states claims for relief pursuant to 31
16 U.S.C. § 5317(c)(2) and 31 U.S.C. § 5332(c).
17      3.   Notice of this action has been given as required by
18 law.  No appearance has been made in this action by any person
19 other than claimant Aaron Mejia Hernandez, and the time to file
20 claims and answers has expired as to all potential claimants
21 other than the claimants.  The Court deems that all potential
22 claimants other than the claimants admit the allegations of the
23 Complaint to be true, and hereby enters default against all such
24 potential claimants.
25      4.   $61,300 of the defendant $101,300 in U.S. Currency
26 shall be returned to claimant by a check made payable to "Thomas
27 P. Sleisenger, a Professional Law Corporation, Client Trust
28 Account" mailed to Thomas P. Sleisenger, Esq. at 1901 Avenue of

the Stars, Suite 615, Los Angeles, California 90067, within 6 weeks of the entry of this Consent Judgment.

5.  The remaining $40,000 of the defendant $101,300 in U.S. Currency, together with any interest accrued on the defendant currency, shall be forfeited to the United States of America, which shall dispose of the same according to law.

6.  The claimants hereby release the United States of America, the State of California, all counties, municipalities and cities within the State of California, and their agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Bureau of Immigration and Customs Enforcement, the Bureau of Customs and Border Protection, and their employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later asserted by or on behalf of any of the claimants, arising out of or related to this action, or the seizure or possession of the defendant currency.  The claimants represent and agree that they have not assigned and are the rightful owners of such claims, causes of action and rights.

7.  The claimants also agree to hold harmless and indemnify the United States, the United States Attorney's Office, the Bureau of Immigration and Customs Enforcement, the Bureau of Customs and Border Protection and their employees from all claims by third party to any of the $61,300 being returned pursuant to this judgment.

8.  The Court finds that there was reasonable cause for the

1  seizure of the defendant currency and institution of these
2  proceedings.  This judgment shall be construed as a certificate
3  of reasonable cause pursuant to 28 U.S.C. § 2465.
4       9.   This Consent Judgment is solely caused by the parties'
5  desire not to further litigate this action, and does not
6  constitute a judgment, order or ruling on the merits of this
7  action or of any litigated matters.  This judgment shall not have
8  any res judicata, collateral estoppel, claim preclusion or issue
9  preclusion effects whatsoever.
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

```
 1        10.  The parties shall each bear their own attorney's fees
 2   and other costs and expenses of litigation.
 3
 4   DATED: April 27, 2009         _____S. James Otero_____
                                   UNITED STATES DISTRICT JUDGE
 5
 6                        CONSENT
 7        The parties consent to judgment and waive any right of
 8   appeal.
 9
10   DATED:_____, 2009   THOMAS P. O'BRIEN
                                   United States Attorney
11
                                   CHRISTINE C. EWELL
12                                 Assistant United States Attorney
                                   Chief, Criminal Division
13
                                   STEVEN R. WELK
14                                 Assistant United States Attorney
                                   Chief, Asset Forfeiture Section
15
16                                 _____
                                   PIO S. KIM
17                                 Assistant United States Attorney
18                                 Attorneys for Plaintiff
                                   United States of America
19
20
     DATED:_____, 2009   _____
21                                 AARON MEJIA HERNANDEZ
                                   Claimant
22
23
     DATED:_____, 2009   _____
24                                 THOMAS P. SLEISENGER
                                   Attorney for Claimant Aaron Mejia
25                                 Hernandez and Potential Claimants
                                   Leticia Hernandez Torres and
26                                 Enrique Mejia Morales
27
28
```